In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-050 CV


____________________



IN RE JAY BRENT VINEYARD






Original Proceeding






MEMORANDUM OPINION



 Relator Jay Brent Vineyard filed a petition for writ of mandamus in this Court. See
Tex. R. App. P. 52. On February 12, 2008, relator notified the Court that he no longer
requests mandamus relief. Accordingly, we dismiss this original proceeding without
reference to the merits.

 PETITION DISMISSED.


 PER CURIAM



Opinion Delivered February 21, 2008

Before McKeithen, C.J., Gaultney and Horton, JJ.